Marc A. Lieberman, Esq. (Bar No. 157318)
Alan W. Forsley, Esq. (Bar No. 180958)
**FLP LAW GROUP LLP**
(formerly Fredman Lieberman Pearl LLP)
1875 Century Park East, Suite 2230
Los Angeles, California 90067-2523
Telephone: (310) 284-7350
Facsimile: (310) 432-5999
alan.forsley@flpllp.com

Attorneys for Richard A. Marshack, Chapter 7 Trustee of AB Capital, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | ) **Case No. 1:21-bk-11709-VK** |
| 7590 La Jolla, LLC, | ) Chapter 7 |
| Debtor. | ) **FIFTH STIPULATION TO CONTINUE HEARING ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 5 FILED BY AB CAPITAL, LLC** |
| | ) <u>Current Hearing Date:</u> |
| | ) Date: August 17, 2023 |
| | ) <u>Proposed Continued Hearing Date</u> |
| | ) Date: TBD |
| | ) Time: TBD |
| | ) Place: Courtroom 301 |

---

1

Fifth Stipulation To Continue Hearing On Trustee's Objection To Proof Of Claim No. 5 Filed By AB Capital, LLC

**TO THE HONORABLE VICTORIA KAUFMAN AND ALL PARTIES IN INTEREST:**

Richard A. Marshack ("**_AB Capital_ Trustee**"), interim trustee of the estate of *In re AB Capital LLC* ("**Claimant**") and Diane C. Weil ("**_La Jolla_ Trustee** "), trustee of the estate of In re *7590 La Jolla LLC* hereby submit this Fifth Stipulation to continue the hearing on the *La Jolla* Trustee's Objection to Claim No. 5 (the "**Objection**") [Doc 94] from August 17, 2023 to the first date convenient to the Court on or after November 15, 2023, (the "**Stipulation**"). This Stipulation is based on the following facts:

### RECITALS

1.  Debtor 7590 La Jolla, LLC ("**Debtor**") commenced the instant case by filing a voluntary Chapter 7 petition on October 18, 2021 [Doc 1].

2.  Debtor's principal asset is a parcel of real property located at 7570-7590 La Jolla Blvd., San Diego CA (the "**Property**"). [Doc 1].

3.  On December 1, 2021, Claimant filed a Motion for Relief from Stay, seeking an order permitting it to exercise its rights against the Property under state law (the "**MRS**"). [Doc 8]. The MRS was withdrawn without prejudice [Doc 117].

4.  On August 22, 2022, the Court entered an order authorizing the sale of the Property (the "**Sale**") by the *La Jolla* Trustee. [Doc 79]. The Sale did not close.

5.  On September 6, 2022, Claimant filed Claim No. 5, asserting a claim in the amount of $6,362,064.56 secured by the Property ("**Claim No 5**").

6.  On September 16, 2022, an involuntary Chapter 7 petition was filed against Claimant commencing *In re AB Capital, LLC*, Chapter 7, Case No. 8:22-bk-11585-TA (the "**_AB Capital_ Case**") [Doc 2 in the *AB Capital* Case].

7.  On September 22, 2022, Richard Marshack was appointed interim trustee with limited powers in the *AB Capital* Case. [Doc 36 in the *AB Capital* Case].

8. On September 27, 2022, the *La Jolla* Trustee filed an Objection to Claim No. 5, with the hearing on same set for October 27, 2022.

9. On October 6, 2022, an Order for Relief was entered in the *AB Capital* Case. [Docs 57 and 58 in the *AB Capital* Case].

10. In the Order for Relief, the *AB Capital* Trustee's powers were expanded to include "all the powers of a Chapter 7 Trustee including those set forth in 11 U.S.C. §303(g) 'to take possession of the property of the estate and operate any business of the debtor.'" [Doc 60 in the *AB Capital* Case].

11. No party has sought relief from stay in the *AB Capital Case* regarding the hearing on the Objection, which is presently set for August 17, 2023. [Doc 126].

12. On June 16, 2023, this Court entered an Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to permit the *AB Capital* Trustee to exercise Claimant's rights under state law as a secured creditor to foreclose on the Property [Doc 143]. If the *AB Capital* Trustee non-judicially forecloses on the Property, he will have waived any deficiency claim against this estate, rendering the *La Jolla* Trustee's Objection moot.

13. The *AB Capital* Trustee represents that on May 11, 2021, he caused to be recorded a Notice of Default and Election to Sell Under Deed of Trust as Document No. 2021-0362927 in the Official Records of San Diego County, and that the Property can go to sale 20 days after recordation of a new Notice of Sale.

14. The *La Jolla* Trustee continues to actively market the Property for sale.

**[The remainder of this page is intentionally blank.]**

# AGREEMENT

15. The parties respectfully request that the hearing on the Objection be continued to the first date convenient to Court on or after November 15, 2023 (approximately 90 days) pending the disposition of the Property.

DATED: July 21, 2023

FLP LAW GROUP LLP

By: _____
Marc A. Lieberman, Esq.
Alan W. Forsley, Esq.
Attorneys for Trustee Richard A. Marshack of the *AB Capital* Chapter 7 estate

DATED: July 31, 2023

BG LAW LLP

By: _____
David Seror, Esq.
Jessica S. Wellington, Esq.
Attorneys for Diane C. Weil
Chapter 7 Trustee of the *La Jolla* Chapter 7 estate

Fifth Stipulation To Continue Hearing On Trustee's Objection To Proof Of Claim No. 5 Filed By AB Capital, LLC

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP Law Group LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **FIFTH STIPULATION TO CONTINUE HEARING ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 5 FILED BY AB CAPITAL, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 31, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Peter M Lively**   PeterMLively2000@yahoo.com
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **William L Miltner**   autumn@miltnerlaw.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Diane C Weil (TR)**   dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,jfiser@dcweillaw.com;ecf.alert+Weil@titlexi.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 31, 2023** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chambers of The Honorable
Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2023 | SAFA SALEEM | /s/ Safa Saleem |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE